THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRENDA SWABY, <br>     Plaintiff, <br>     v. <br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br>     Defendant. | No. SACV 08-01005 RC <br><br> JUDGMENT OF REMAND |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings, pursuant to sentence 4, 42 USC 405(g).

Dated: January 28, 2009

                              _/S/ Rosalyn M. Chapman_____

                              ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE