Manuel D. Serpa Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Brenda Swaby

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SWABY, (XXX-XX-7242)<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. 8:08-cv-01005-RC<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED DOLLARS and no/100's ($2,300.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  March 25, 2009

_____/s/ Rosalyn M. Chapman_____
HONORABLE ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1